IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ANDERSON/GREENWOOD DIVISION

| | |
|---|---|
| William T. Watts, II, #90124,       )<br>                                                    )<br>                            Plaintiff,    )<br>                                                    )<br>vs.                                              )<br>                                                    )<br>United States; FBI; and Unknown FBI   )<br>Agents,                                        )<br>                                                    )<br>                            Defendants.  )<br>                                                    ) | Civil Action No. 8:14-2659-TMC-JDA<br><br>**ORDER** |

Plaintiff, William T. Watts ("Watts"), a prisoner proceeding pro se, brought this action against the defendants, pursuant to *Bivens v. Six Unknown Fed. Narcotics Agents*, 403 U.S. 388, 397 (1971). In accordance with 28 U.S.C. § 636(b)(1) and Local Civil Rule 73.02, D.S.C., all pretrial proceedings in this matter were referred to a magistrate judge. This matter is now before the court on the magistrate judge's Report and Recommendation ("Report"), recommending that the court dismiss all of Plaintiff's claims except the FOIA claim, and dismiss Defendant Unknown FBI Agents without prejudice and without issuance and service of process. (ECF No. 14.) Plaintiff has filed timely objections to the Report (ECF No. 18), and this matter is now ripe for review.

The Report has no presumptive weight and the responsibility to make a final determination in this matter remains with this court. *See Mathews v. Weber*, 423 U.S. 261, 270-71 (1976). In making that determination, the court is charged with conducting a de novo review of those portions of the Report to which either party specifically objects. *See* 28 U.S.C. § 636(b)(1). Then, the court may accept, reject, or modify the Report or recommit the matter to the magistrate judge. *See id.*

As noted above, Plaintiff filed objections to the Report which the court has carefully reviewed. However, Plaintiff's objections provide no basis for this court to deviate from the Magistrate Judge's recommended disposition. The objections are non-specific, unrelated to the dispositive portions of the Report or merely restate Plaintiff's claims.

Accordingly, after a thorough review of the Report, Plaintiff's objections, and the record in this case pursuant to the standard set forth above, the court finds Plaintiff's objections are without merit. Accordingly, the court adopts the Report (ECF No. 14) and incorporates it herein. It is therefore **ORDERED** that all of Plaintiff's claims except the FOIA claim are **DISMISSED,** and Defendant Unknown FBI Agents are **DISMISSED** without prejudice.

**IT IS SO ORDERED.**

s/Timothy M. Cain
United States District Judge

September 22, 2014
Anderson, South Carolina

## NOTICE OF RIGHT TO APPEAL

The parties are hereby notified of the right to appeal this order pursuant to Rules 3 and 4 of the Federal Rules of Appellate Procedure.